IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID PULPHUS and REPRESENTATIVE WILLIAM LACY CLAY,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN T. AYERS, in his official capacity as Architect of the Capitol,<br><br>Defendant. | Civil Action No. 17-cv-00310-KBJ<br><br>**Oral Argument Requested** |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING**

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1, Plaintiffs David Pulphus and Representative William Lacy Clay (collectively, "Plaintiffs") respectfully move this Court for a preliminary injunction ordering Defendant Stephen T. Ayers ("Defendant"), in his official capacity as the Architect of the Capitol, to reinstate the painting "Untitled #1" ("Painting") in the 2016 Congressional Art Competition ("Competition") and rehang it in the Cannon Tunnel exhibit. The Painting was created by Mr. Pulphus and sponsored in the Competition by Representative Clay. Defendant retroactively disqualified "Untitled #1" from the Competition and removed it from display in violation of Plaintiffs' First Amendment rights.

Plaintiffs thus respectfully request that the Court issue a preliminary injunction requiring Defendant to (1) reverse his January 16, 2017 decision disqualifying the Painting from the 2016 Competition; (2) rehang the Painting in the Cannon Tunnel alongside the other winning entries until the expiration of the 2016 Competition display period or the conclusion of this litigation on the merits, whichever is sooner; and (3) take any and all necessary steps to preserve the integrity

of the exhibit and ensure that the Painting is not removed from the Cannon Tunnel without his prior approval. A Proposed Order is attached.

The accompanying Memorandum of Law in support of this Motion establishes that the requested relief should be granted because Plaintiffs are likely to succeed on the merits of their First Amendment claims; they have already suffered and will continue to suffer irreparable harm in the absence of preliminary relief; the balance of equities tips in their favor; and an injunction is in the public interest.

Pursuant to Local Civil Rules 7(f), 65.1(d), and 78.1, Plaintiffs further respectfully request that the Court hear oral argument on this Motion on an expedited basis. As detailed in the accompanying Memorandum of Law, expedited hearing is warranted for two related reasons. First, Plaintiffs are suffering irreparable harm due to the denial of their First Amendment rights to free speech. Second, the Painting is eligible for display only until the end of May, 2017, when the exhibition period for the 2016 Competition is set to expire. Accordingly, less than four months remain during which the Painting could be displayed in the Cannon Tunnel. An expeditious ruling on Plaintiffs' Motion is the only way to prevent further irreparable harm until this case is resolved on the merits.

Pursuant to Local Civil Rule 7(m), the undersigned has conferred with opposing counsel. At this time, Defendant does not yet have a position on Plaintiffs' Motion.

Dated: February 24, 2017

Respectfully submitted,

/s/ Leah J. Tulin______

Leah J. Tulin (#988003)
Tassity S. Johnson*
Satenik Harutyunyan
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Phone: (202) 639-6000
ltulin@jenner.com

Kymberly K. Evanson
Athan P. Papailiou
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101
Phone: (206) 245-1700
kymberly.evanson@pacificalawgroup.com

Laurence H. Tribe**
420 Hauser Hall
1575 Massachusetts Avenue
Cambridge, MA 02138
Phone: (617) 495-1767
tribe@law.harvard.edu

Erwin Chemerinsky (#289330)
401 East Peltason Drive
Educ 1095
Irvine, CA 92697-8000
Phone: (949) 824-7722
echemerinsky@law.uci.edu

James M. Williams**
Chehardy Sherman Williams
One Galleria Blvd.
Suite 1100
Metairie, LA 70001
Phone: (504) 962-4287
jmw@chehardy.com

*Admitted only in Connecticut, not admitted in Washington DC

***Pro hac vice* admission pending

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID PULPHUS and REPRESENTATIVE WILLIAM LACY CLAY,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN T. AYERS, in his official capacity as Architect of the Capitol,<br><br>Defendant. | ) | Civil Action No. 07-cv-310 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

This matter having come before the Court on Plaintiffs' Motion for Preliminary Injunction, and this Court having reviewed the pleadings and heard arguments from counsel, the Court hereby GRANTS Plaintiffs' Motion for Preliminary Injunction.

Plaintiffs have satisfied all of the requirements for preliminary injunctive relief. In particular, Plaintiffs have demonstrated that they are substantially likely to succeed in proving that Defendant's disqualification and removal of "Untitled #1" from the Congressional Art Competition ("Competition") violated Plaintiffs' constitutional rights to free speech under the First Amendment of the U.S. Constitution. Plaintiffs have demonstrated that, without relief, they would suffer substantial, irreparable harm and have no adequate remedy at law. Both the balance of the equities and the public interest favor an injunction.

Accordingly, it is hereby ORDERED that Defendant must (1) reverse his January 16, 2017 decision disqualifying the Painting from the 2016 Competition; (2) rehang "Untitled #1" in the Cannon Tunnel until the expiration of the 2016 Competition display period or the conclusion

of this litigation on the merits, whichever is sooner; and (3) take any and all necessary steps to preserve the integrity of the exhibit and ensure that “Untitled #1” is not removed from the Cannon Tunnel without Defendant’s prior approval.

It is so ORDERED, this ____ day of _________________, 2017.

___________________________________
UNITED STATES DISTRICT JUDGE